447 F.2d 1370
 Leonard S. WHITNER, Plaintiff-Appellant,
v.
ATTORNEY GENERAL and United States Board of Parole, Defendant-Appellee.
 No. 71-2191 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 22, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Charles A. Moye, Jr., District Judge.
 Leonard S. Whitner, pro se.
 John W. Stokes, Jr., U. S. Atty., Eugene A. Medori, Jr., Asst. U. S. Atty., Atlanta, Ga., for defendant-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y. et al., 431 F.2d 409, Part I (5th Cir. 1970)
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)